UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | November 1, 2017 |
| | ) | |
| Sandra King | ) | Case No.: 16-43303-659 |
| | ) | |
| Debtor. | ) | RESPONSE TO TRUSTEE'S |
| | ) | MOTION TO DISMISS |
| | ) | |

RESPONSE TO TRUSTEE'S MOTION TO DISMISS
FOR FAILURE TO MAKE PLAN PAYMENTS

COMES NOW, Debtor, Sandra King, by and through her attorney, Randall T. Oettle, of R.O.C. Law, Randall Oettle Company, P.C., and for her Response to Trustee's Motion to Dismiss for Failure to Make Plan Payments in her Chapter 13 Case, states the following:

I.  Debtor will be current to the Trustee on or before the hearing date.

WHEREFORE, Debtor respectfully requests that the Trustee's Motion to Dismiss for Failure to Make Plan Payments be denied and that the Court grant such other and further relief as this Court deems just under the law and circumstances.

Respectfully submitted:

  /s/ Randall T. Oettle
Randall T. Oettle, MoBar#46820
R.O.C. Law
Randall Oettle Company, P.C.
12964 Tesson Ferry, Suite B
St. Louis, MO  63128
(314) 843-0220 Telephone
(314) 843-0048 Facsimile
Roettle@RocLaw.com

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a true and accurate copy of the above original Notice was served, via electronic notification on this the 1st day of November, 2017, on the following:

Diana S. Daugherty
U.S. Chapter 13 Trustee–Electronic Notice

    ___Randall T. Oettle_____
    Randall Oettle